IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KADENA SMITH-FLEMING,          :
    *Plaintiff,*          :
              :
    v.          :          CIVIL ACTION NO. 26-1578
              :
TEMPLE HEALTH LLC,          :
    *Defendant.*          :

## ORDER

**AND NOW**, this **15th** day of **June 2026**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (the "Defendant's Motion") (ECF No. 11), Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss (ECF No. 12), Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Complaint (ECF No. 13), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 11) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

2. Defendant shall file an answer to Plaintiff's Complaint on or before **June 29, 2026**.

        **BY THE COURT:**

        **/s/ Chad F. Kenney**

        _____
        **CHAD F. KENNEY, JUDGE**